1

2

3

4
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
5
AT SEATTLE

6
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
7

8                            Plaintiff,                    C13-1901 TSZ

9             v.                                           MINUTE ORDER

10    TRI-STATE CONSTRUCTION, INC.,

                             Defendant.
11

12        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

13        (1)     Plaintiff's Motion for Summary Judgment, docket no. 32, is DENIED.  The
Court has considered the parties' briefs and the oral arguments presented on Thursday,
14   October 2, 2014.  There are material issues of fact that preclude summary judgment.

15        (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.
16
          Dated this 3rd day of October, 2014.
17

18                                              William M. McCool
                                                Clerk
19
                                                s/Claudia Hawney
                                                Deputy Clerk
20

21

22

23

MINUTE ORDER - 1